IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY REED, and JOYCEALON SHEPPARD, | 8:19CV167 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| EDWARD E. BRINK, NSBA # 19504; STACY DIANE THORNE, MICHAEL T. DEIN, CITY OF OMAHA, DOUGLAS COUNTY ASSESSOR, DIANE BATTIATO, MICHAEL J. GOODWILLIE, ZACHARY BASS, JASMIN JONSSON, JULIE BROOKS, and CMG FINANCIAL, | |
| Defendants. | |

This action was filed on **April 17, 2019**. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendant within ninety days of filing the lawsuit. To date, Plaintiff has not requested any summons, filed any return of service indicating service on Defendant, nor has Defendant entered a voluntary appearance.

Accordingly,

**IT IS ORDERED** that by or before **August 27, 2019**, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

Dated this 6th day of August, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge