**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KIMBERLY REED, and JOYCEALON SHEPPARD, | **8:19CV167** |
| Plaintiffs, | |
| vs. | **FINDINGS AND RECOMMENDATION** |
| EDWARD E. BRINK, NSBA # 19504; STACY DIANE THORNE, MICHAEL T. DEIN,  CITY OF OMAHA,  DOUGLAS COUNTY ASSESSOR,  DIANE BATTIATO, MICHAEL J. GOODWILLIE, ZACHARY BASS, JASMIN JONSSON, JULIE BROOKS, and  CMG FINANCIAL, | |
| Defendants. | |

The above-captioned suit was filed on April 17, 2019.  (Filing No. 1.) On August 6, 2019, the Court issued an Order to Show Cause by August 27, 2019 why this action should not be dismissed for lack of prosecution.  (Filing No. 4.)  To date, Plaintiff has not responded to the Show Cause Order.

Accordingly,

**IT IS HEREBY RECOMMENDED** to United States District Court Chief Judge John M. Gerrard that this action be dismissed for want of prosecution.

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation.  NECivR 72.2.  Failure to timely object may constitute a waiver of any objection.

Dated this 28th day of August, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge