# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY REED, and JOYCEALON SHEPPARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>EDWARD E. BRINK, NSBA # 19504; STACY DIANE THORNE, MICHAEL T. DEIN, CITY OF OMAHA, DOUGLAS COUNTY ASSESSOR, DIANE BATTIATO, MICHAEL J. GOODWILLIE, ZACHARY BASS, JASMIN JONSSON, JULIE BROOKS, and CMG FINANCIAL<br><br>    Defendants. | **8:19CV167**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Findings and Recommendation (Filing 5) of the magistrate judge[1] recommending the Court dismiss this case for lack of prosecution.

Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve its complaint on defendant(s) within ninety days of filing the lawsuit. The above-captioned suit was filed on April 17, 2019. Filing 1. To date, nearly five months after filing, Plaintiffs have not requested any summons, filed any return of service indicating service on any Defendant, nor has any Defendant entered a voluntary appearance.

Further, the Court issued an Order to Show Cause by August 27, 2019 why this action should not be dismissed for lack of prosecution. Filing 4. The Magistrate Judge recommended dismissal for lack of prosecution on August 28, 2019 after Plaintiffs failed to respond. Filing 5. On September 5, 2019, Plaintiffs wrote a letter objecting (Filing 7) to the dismissal of this case,

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska

but failed to provide a compelling reason for their lack of prosecution and failure to comply with the Court's order in a timely manner. As such, the Court has reviewed the Findings and Recommendations de novo and adopts them.

**IT IS ORDERED**

1. This matter is dismissed without prejudice.
2. A separate judgment will be entered.

Dated this 16th day of September, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge